UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHIRLEY GOGGIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:15CV1887 CDP |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter is on appeal from an adverse ruling of the Social Security Administration. Presently pending before the Court is defendant's Motion to Reverse and Remand.

Defendant answered plaintiff's Complaint on February 17, 2016. In her Motion to Reverse and Remand, defendant requests that the matter be remanded for further consideration of plaintiff's claims. Specifically, defendant avers that, upon remand, an Administrative Law Judge will be provided the opportunity to present a vocational expert (VE) with a hypothetical question that accurately reflects all of plaintiff's limitations and, further, will be able to take VE testimony resolving any conflict between the expert's testimony and the *Dictionary of Occupational Titles*. The defendant requests that the matter be remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further

consideration of plaintiff s claims. Plaintiff has informed the Court that she does not object to the defendant's motion.

A review of the motion shows it to be well taken. *See, e.g., Buckner v. Apfel*, 213 F.3d 1006, 1009-11 (8th Cir. 2000).

Accordingly,

**IT IS HEREBY ORDERED** that defendant's Motion to Reverse and Remand [19] is **GRANTED**.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **REVERSED**, and this matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration of plaintiff's claims.

A separate Judgment is entered herewith.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 6th day of June, 2016.